**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANCISCO ADAN LOPEZ, | No. 14-73833 |
| Petitioner, | Agency No. A042-907-314 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 14, 2016[**]

Before:     BEA, WATFORD, and FRIEDLAND, Circuit Judges.

Francisco Adan Lopez, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") order of removal. We have jurisdiction under 8 U.S.C.

§ 1252. We review de novo questions of law, including claims of due process

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

violations.  *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005).  We deny the petition for review.

Lopez's due process challenges to the IJ's conduct of the removal proceedings are without merit.  Lopez was granted a full and fair hearing, and he has not shown that the IJ failed to comply with her duty to inform him of available relief from removal, where Lopez has not shown "apparent eligibility" for any relief.  *See* 8 C.F.R. § 1240.11(a)(2); *Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (to prevail on a due process challenge, an alien must show error and prejudice).

Lopez's contention that the IJ sustained the charge of removability based solely on the admissions of a pro se petitioner, with no independent analysis of the conviction records, is contradicted by the record.

In light of this disposition, we do not reach Lopez's contention regarding hardship.

**PETITION FOR REVIEW DENIED.**